| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

CLARENCE L. CERF, §
    Petitioner, §
§
v. § CIVIL ACTION NO: H-08–2290
§
NATHANIEL QUARTERMAN, § **5-08CV0189-C**
    Director of the Texas Department §
    of Criminal Justice - Correctional §
    Institutions Division, §
    Respondent. §

## Order of Adoption

On August 19, 2008, Magistrate Judge Stephen Wm. Smith issued a Memorandum and Recommendation (9) to which objections have been untimely filed (10). The court adopts the Memorandum and Recommendation as this court's Memorandum and Order.

Signed _September 10_, 2008, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge